# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-37119 |
| | § | |
| SHARON D EVANS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 07/29/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/06/2015      By: /s/ David P. Leibowitz
                                                                                                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-37119 |
| | § | |
| SHARON D EVANS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,085.00
*and approved disbursements of*     $1,102.79
*leaving a balance on hand of[1]:*     $3,982.21

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,982.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $999.59 | $0.00 | $999.59 |
| David P. Leibowitz, Trustee Expenses | $7.46 | $0.00 | $7.46 |

Total to be paid for chapter 7 administrative expenses:     $1,007.05
Remaining balance:     $2,975.16

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $2,975.16

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,975.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $131,480.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $323.64 | $0.00 | $7.32 |
| 2 | Atlas Acquisitions LLC (Credit One Bank, N.a.) | $1,540.40 | $0.00 | $34.86 |
| 3 | Atlas Acquisitions LLC (Hsbc Orchard) | $1,823.03 | $0.00 | $41.25 |
| 4 | CHRISTIAN COMMUNITY CREDIT UNION | $869.25 | $0.00 | $19.67 |
| 5 | Capital One Bank (USA), N.A. | $1,009.26 | $0.00 | $22.84 |
| 6 | US DEPT OF EDUCATION | $10,151.36 | $0.00 | $229.71 |
| 7 | US DEPT OF EDUCATION | $112,189.94 | $0.00 | $2,538.66 |
| 8 | Synchrony Bank | $392.38 | $0.00 | $8.88 |
| 9 | Synchrony Bank | $546.37 | $0.00 | $12.36 |
| 10 | Dell Financial Services, LLC | $1,825.69 | $0.00 | $41.31 |
| 11 | PYOD, LLC its successors and assigns as assignee | $808.78 | $0.00 | $18.30 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,975.16 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-37119-JPC
Sharon D Evans                                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Jul 07, 2015
                              Form ID: pdf006             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2015.
```
db           +Sharon D Evans,    8232 S. Evans Avenue,    Chicago, IL 60619-5306
22516771      ADT,    CO NCO FINANCIAL,    PO BOX 17205,    WILMINGTON DE 19850-7205
22962892     +Atlas Acquisitions LLC  (Credit One Bank, N.a.),    294 Union St.,    Hackensack, NJ 07601-4303
22962895     +Atlas Acquisitions LLC  (Hsbc Orchard),    294 Union St.,    Hackensack, NJ 07601-4303
22516768      BARCLAYS BANK DELAWARE,    C/O ENHANCED RECOVERY CO,    PO BOX 23870,
              JACKSONVILLE, FL 32241-3870
22516775     +CAPITAL ONE,    PO BOX 30281 993,    SALT LAKE CITY, UT 84130-0281
22516774     +CHRISTIAN COMMUNITY CREDIT UNION,    CCCU,    255 N LONE HILL,    SAN DIMAS, CA 91773-2308
22516783     +CITIBANK,    STUDENT LOANS,    99 GARNSEY ROAD,    PITTSFORD NY 14534-4565
22516791    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   OFFICE DEPOT,    PO BOX 689020,    DES MOINES, IA 50368-9020)
22516776     +CMPPTNRS,    U OF CHICAGO 852,    Po. BOX 3176,    WINSTON SALEM, NC 27102-3176
22516789     +CO MED,    PO BOX 6111,    CAROL STREAM, IL 60197-6111
22516769      CREDIT ONE BANK.NA,    C/O MESSERLI & KRAMER PA,    3033 CAMPUS DRIVE, #250,
              PLYMOUTH, MN 55441-2662
23040811      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
23284693    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
              PO Box 10390,    Greenville, SC 29603-0390)
22516777     +EXXON MOBILE CITIBANK 614,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
22516785     +GREAT LAKES HIGHER EDUCATION,    PO BOX 7860,    MADISON. WI 53707-7860
22516784     +MACY'S,    PO BOX 17759,    CLEARWATER, FL 33762-0759
22516793     +MEN ARDS,    HSBC BUSINESS SOLUTIONS,    PO BOX 5219,    CAROL STREAM, IL 60197-5219
22516778     +NAVY FEDERAL CREDIT UNION,    PO BOX 3700 4198,    MERRIFIELD, VA 22119-3700
22516772      PROACTIV SOLUTION,    C/O NORTH SHORE AGENCY,    PO BOX 361448,    DES MOINES, IA 50336-1448
22516781     +TD Bank USA,    TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
23154731     +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
22516773     +WALMART,    C/O INTEGRITY SOLUTION SERVICE,    20 CORPORATE HILLS DRIVE,
              ST LOUIS, MO 63301-3749
22516782     +WEBB A,    DFS 1608,    PO BOX 81607,    AUSTIN, TX 78708-1607
22516765     +WELLS FARGO HOME MORTGAGE,    PO BOX 5296,    CAROL STREAM, IL 60197-5296
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22516790      E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:20:57     AMAZON COM,    PO BOX 960016,
              ORLANDO. FL 32896-0016
22516767     +E-mail/Text: bankruptcy@sw-credit.com Jul 08 2015 01:23:58     AT&T,    C/O SOUTHWEST CREDIT,
              4120 INTERNATIONAL PK WY,#100,    CARRLLTON, TX 75007-1957
22947136      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 01:28:06
              American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
              Oklahoma City, OK  73124-8866
22576606     +E-mail/Text: bnc@atlasacq.com Jul 08 2015 01:23:08     Atlas Acquisitions LLC,
              attn. avi schild,    294 Union St.,    Hackensack, NJ 07601-4303
22516766     +E-mail/Text: legalcollections@comed.com Jul 08 2015 01:25:21     COM ED,    PO BOX 6111,
              CAROL STREAM, IL 60197-6111
22516787     +E-mail/Text: bkr@cardworks.com Jul 08 2015 01:22:48     MERRICK BANK,    PO BOX 30537,
              TAMPA. FL 33630-3537
22516770      E-mail/Text: mmrgbk@miramedrg.com Jul 08 2015 01:24:01     NORTHWESTERN MEDICAL,
              C/O MIRA MED REVENUE GROUP,    PO BOX 77000, DEPT 77304,    DETROIT, Ml 48277-0304
23286745     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2015 01:21:13
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22516779     +E-mail/PDF: pa_dc_claims@navient.com Jul 08 2015 01:21:11     SALLIE MAE,    PO BOX 9655,
              WILES BARRE PA 18773-9655
22516780     +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:21:09     SYNCB,    JX COS,    PO BOX 965005,
              ORLANDO, FL 32896-5005
23273184      E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:21:09     Synchrony Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22516786     +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:21:09     TJX REWARDS/SYNCS,
              PO BOX 530948,    ATLANTA. GA 30353-0948
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22516792*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   STAPLES,    PO BOX 689020,    DES MOINES, IA 50368-9020)
22516794*    +MEN ARDS,    HSBC BUSINESS SOLUTIONS,    PO BOX 5219,    CAROL STREAM, IL 60197-5219
22516788*    +MERRICK BANK,    PO BOX 30537,    TAMPA, FL 33630-3537
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mflowers              Page 2 of 2                   Date Rcvd: Jul 07, 2015
                              Form ID: pdf006             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```